

# SACCHETTA & BALDINO
### TRIAL LAWYERS

**Thomas F. Sacchetta*†‡**
**Gerald B. Baldino, Jr.***
**Bruce H. MacKnight, Jr.†**
**Joseph P. Briglia▲**
*Members of PA & NJ Bar*
**Tyler Sacchetta**
*Member of PA, NJ & DE Bar*

308 East Second Street
Media, PA 19063
Telephone: 610-891-9212
Fax: 610-891-7190

24 South Broad Street
Woodbury, NJ 08096
Telephone: 856-845-4400
Fax: 856-845-0400

1201 North Orange Street
Suite 7543
Wilmington, DE 19801
Telephone: 302-884-6715
Fax: 302-573-2507

*Please Reply to Media Office*

June 13, 2019

Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

RE: SHEEHAN V. SCRIVANI, ET AL.
Civ. No. 18-3307

Dear Judge Diamond:

Following a conference with the Court the parties investigated whether Lankenau Hospital should be added as a Defendant based upon certain care and treatment provided to the Plaintiff-Decedent. A deposition of the doctor at Lankenau was conducted and the Plaintiff had the records reviewed as well as the testimony of the doctor from Lankenau. Pursuant to the medical malpractice statutes Plaintiff has not been able to obtain an Affidavit of Merit that would support a claim against Lankenau. Therefore Plaintiff will not be able to add Lankenau as a Defendant to this matter. Additionally, Defendant has informed me that they do not intend to add Lankenau to this action as a third party Defendant or through some other means.

Your Honor wanted us to update you with regard to the status of Lankenau as a possible Defendant. Please accept this correspondence as an update regarding same. At this juncture it is my understanding that Defendant intends to file a Motion for Summary Judgment raising the qualified immunity defense. The parties would request that the Motion for Summary Judgment be allowed to be filed prior to conducting expert discovery as to make sense given the issues that will be raised for Summary Judgment.

Should Your Honor need something other than this letter to document the status of this matter, we remain available.

Very truly yours,

THOMAS F. SACCHETTA

TFS/jhl

*Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy

†Certified as a specialist in the practice of workers' compensation law by the Pennsylvania Bar Association Section on Workers' Compensation Law as authorized by the Pennsylvania Supreme Court

‡Certified Civil Trial Attorney, Supreme Court of New Jersey

▲of counsel to the firm

WWW.SBATTORNEY.COM