# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE SHEEHAN,** : | |
| Plaintiff, : | |
| v. : | Civ. No. 18-3307 |
| : | |
| **NICHOLAS SCRIVANI, et al.** : | |
| Defendants. : | |

## O R D E R

**AND NOW,** this 28th day of August, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Richard C. Thieme*
Richard C. Thieme
Deputy Clerk

Civ 2 (8/2000)
41(b).frm